UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No.: 8-25-72019-las |
| Miller Commercial Consultants Corp., | Chapter 7 |
| Debtor. | Honorable Louis A. Scarcella |

---

# CERTIFICATE OF NO OBJECTION [IN REM STAY RELIEF MOTION, DKT. NO. 6]

Pursuant to 28 U.S.C § 1746, the undersigned hereby certifies as follows:

1. On June 17, 2025, U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-2 ("Movant"), filed and served the In Rem Motion for Relief from the Automatic Stay ("Motion") [Dkt. No. 6].

2. Contemporaneously with the Motion, Movant filed and served a notice of hearing on the Motion scheduling a hearing for August 5, 2025.

3. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers must be served as to be received no later than seven (7) days before the hearing date (the "Objection Deadline").

4. The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection to the Motion has been filed or served on Movant, (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) Movant is aware of no informal objection. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing.

Dated: July 30, 2025

**McMichael Taylor Gray, LLC**

By: /s/ Mary F. Balthasar Lake
Mary F. Balthasar Lake
NY Bar No. 4863189

MCMICHAEL TAYLOR GRAY, LLC
*Attorney for Movant*
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: mlake@mtglaw.com
MTG File No.: 23-001035-04

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In re:                                                                 Case No.: 8-25-72019-las

Miller Commercial Consultants Corp.,            Chapter 7

        Debtor.                                                       Honorable Louis A. Scarcella

---

### ORDER TERMINATING AUTOMATIC STAY AND GRANTING *IN REM* RELIEF PURSUANT TO BANKRUPTCY CODE §§ 362(d)(1) AND 362(d)(4)(B)

Upon the motion, dated June 17, 2025 (the "Motion") of U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-2 (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to 11 U.S.C. § 362(d)(1) and 11 U.S.C. § 362(d)(4)(B) of the Bankruptcy Code modifying the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interest in the property located at 1717 Hempstead Turnpike, Elmont, NY 11003 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and proper notice of the Motion having been made on all necessary parties; and the Certificate of Service on file with the Court; and good cause appearing for the relief requested in the Motion, it is hereby

ORDERED, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) and 362(d)(4)(B), for multiple bankruptcy abusive filings by Debtor and its principal, as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable non-bankruptcy law to exercise its remedies against the Collateral; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d)(4), if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this title purporting to affect such real property filed not later than two years after the date of the entry of this Order, except that a debtor in a subsequent case under this title may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d)(4), any Federal, State, or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of an order described in this subsection for indexing and recording; and it is further

**ORDERED**, that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within thirty (30) days of the report [if applicable] and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED**, that Movant may seek attorney's fees and costs incurred in connection with the Motion in the in rem foreclosure proceeding to the extent allowed under any agreement(s) executed by Debtor(s) and applicable non-bankruptcy law, but not as a personal liability of the Debtor(s); and it is further

**ORDERED**, that all other relief sought in the Motion is denied.

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing Certificate of No Objection was served via U.S. Mail and CM/ECF electronic service upon the Debtor and all parties in interest who have filed a notice of appearance, and as noted below.

**Via U.S. Mail**
Miller Commercial Consultants Corp.
1717 Hempstead Turnpike
Elmont, NY 11003

Rodolpho Miller
1717 Hempstead Turnpike
Elmont, NY 11003

**Via CM/ECF electronic service**
Kenneth P Silverman
RIMON P. C.
Kenneth Silverman, Chapter 7 Trustee
100 Jericho Quadrangle, #300
Jericho, NY 11753

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

This 30th day of July, 2025

                */s/ Mary F. Balthasar Lake*
                McMichael Taylor Gray, LLC
                3555 Engineering Drive, Suite 260
                Peachtree Corners, GA 30092